# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD WAYNE BEALL,

    Petitioner,

vs.

NDOC-NNCC DIRECTOR WHORTON, et al.,

    Respondents.

Case No. 3:06-CV-00597-LRH-(RAM)

**ORDER**

    Petitioner has submitted a motion for a refund of the filing fees (#19).  He contends that the Nevada Department of Corrections is withdrawing money from his account in monthly installments pursuant to 28 U.S.C. § 1915(b) to pay a $350 filing fee, while this action is a habeas corpus petition with a $5 filing fee.  The Court has received only the habeas corpus filing fee for this action.

    IT IS THEREFORE ORDERED that Petitioner's motion (#19) is **DENIED**.

    DATED this 26th day of October, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE