# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD WAYNE BEALL,

    Petitioner,

vs.

NDOC-NNCC DIRECTOR WHORTON, et al.,

    Respondents.

Case No. 3:06-cv-00597-LRH-(RAM)

ORDER

    After the Court denied (#20) Petitioner's motion for a refund of the filing fees (#19), Petitioner has submitted two more motions for a refund of the filing fees (#21, #22). Petitioner has attached a purchaser copy of a money order payable to the Court for $350, but, as the Court has already explained to Petitioner, that payment was not applied to this action. Petitioner had several other actions pending in the Court at the time; the payment might have been applied to the fee in one of those actions.

    IT IS THEREFORE ORDERED that Petitioner's motions for a refund of the filing fees (#21, #22) are **DENIED**.

    DATED this 10th day of November, 2009.

                                    LARRY R. HICKS
                                    UNITED STATES DISTRICT JUDGE